# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JASON BAEZ,

    Plaintiff,

v.                                      CASE NO. 3:20cv5591-MCR-EMT

OFFICER DANIELS, et al.,

    Defendants.

_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on November 25, 2020. ECF No. 67. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation, ECF No. 67, is adopted and incorporated by reference in this Order.

2. The motion to dismiss filed by Defendants Dr. Rodriguez and Nurse Parker, ECF No. 41, is **DENIED.**

**DONE AND ORDERED** this 4th day of January 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**