UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON BAEZ,
    Plaintiff,

vs.                                      Case No.:  3:20cv5591/MCR/EMT

OFFICER DANIELS, et al.,
    Defendant.
_____/

# ORDER

This matter is before the court on Plaintiff's Unopposed Motion for Order Directing Transport to Ophthalmologist for Independent Medical Evaluation (ECF No. 93).  Plaintiff seeks an order directing the Florida Department of Corrections to transport Plaintiff to a specific ophthalmologist in Jacksonville, Florida, for a medical evaluation on September 7, 2021, and to permit Plaintiff to be unshackled to the extent necessary for the evaluation (see ECF No. 93).  Plaintiff states he will bear all reasonable costs associated with the transportation, including the necessary costs of transportation and security (*see id.*).  Plaintiff's counsel states they have conferred with counsel for all Defendants, and no one opposes the motion (*see* ECF No. 93 at 1; ECF No. 95).

Accordingly, it is **ORDERED**:

1. Plaintiff's Unopposed Motion for Order Directing Transport to Ophthalmologist for Independent Medical Evaluation (ECF No. 93) is **GRANTED**.

2. On **September 7, 2021**, the Florida Department of Corrections must transport JASON BAEZ, DOC# 169800, to:

> Kenneth Dean Rappaport, M.D.
> First Coast Retina Center, PA
> 8833 Perimeter Park Blvd, Ste 203
> Jacksonville, FL 32216-1111

3. Plaintiff must bear all reasonable costs associated with the transportation, including the necessary costs of transportation and security.

4. Jason Baez must be unshackled to the extent necessary for his evaluation by Dr. Rappaport.

5. The clerk of court is directed to email a copy of this order to Stephanie Neel at Stephanie.Neel@fdc.myflorida.com.

**DONE AND ORDERED** this 9th day of August 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**