UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JASON BAEZ,
    Plaintiff,

vs.                             Case No.: 3:20cv5591/MCR/ZCB

LUIS RODRIGUEZ, et al.,
    Defendants.
_____/

## **ORDER**

On July 1, 2022, Plaintiff's counsel filed an unopposed motion for an order directing Plaintiff's attendance at mediation.[1]  (Doc. 106).  Plaintiff seeks an order securing his attendance with counsel at a Zoom videoconferencing mediation on or about July 19, 2022.[2]

Plaintiff's counsel certifies they conferred with representatives from the Florida Department of Corrections (FDOC) who confirmed that Plaintiff's current institution, Suwannee Correctional Institution-Annex, as well as three nearby FDOC institutions, are equipped for videoconferencing.  (Doc. 106 at 2).  Counsel also certifies they will communicate directly with FDOC staff, including the Warden at

---

[1] Plaintiff is an inmate of the Florida Department of Corrections (FDOC).

[2] The District Judge imposed a deadline of July 29, 2022 for the parties to complete mediation.  (Doc. 103).

1

Suwannee C.I.-Annex, to coordinate Plaintiff's appearance with counsel, including providing the Warden with a letter from the mediator dated April 21, 2022. (*Id.* at 1-2). Plaintiff agrees to pay all costs associated with his attendance at the mediation, including security and transportation. (*Id.* at 2). Plaintiff's counsel certifies they conferred with counsel for all Defendants, and Defendants do not oppose the motion. (*Id.* at 1, 3).

Considering the parties' agreement to the terms of the mediation and Plaintiff's coordination with FDOC representatives, the Court will grant Plaintiff's motion.

Accordingly it is **ORDERED**:

1.    Plaintiff's Motion for Order Directing Plaintiff's Attendance at Mediation (Doc. 106) is **GRANTED**.

2.    The Warden of Suwannee Correction Institution-Annex shall permit Plaintiff Jason Baez, FDOC Inmate No. 169800, to attend mediation via videoconferencing on the date and time indicated in a letter from the mediator dated April 21, 2022. Plaintiff's counsel must provide the letter to the Warden and any FDOC staff assisting with the arrangements for Plaintiff's attendance at mediation. The Warden shall permit Plaintiff to attend the mediation with his counsel, Kathryn J. Strobach and Michael T. Davis. If videoconferencing equipment is not available

2

at Suwannee C.I.–Annex on the scheduled date of the mediation for the required amount of time, the Warden shall facilitate Plaintiff's transport to a nearby FDOC correctional institution with Zoom videoconferencing capabilities.

3.     The Warden of Suwannee C.I.-Annex shall have full authority to determine whether Plaintiff will attend the mediation at Suwannee C.I.-Annex or another nearby correctional institution, and shall arrange transport if required.

4.     The Warden of Suwannee C.I.-Annex shall inform Plaintiff's counsel of the location where Plaintiff will attend mediation no later than 24 hours prior to the scheduled date and time of the mediation.

5.     Plaintiff shall bear all reasonable costs associated with securing his presence at the Zoom mediation, including the necessary costs of security and transportation.

**DONE AND ORDERED** this 5th day of July 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

3